

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2015

No. 04-15-00530-CR

Abelardo Gerardo **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008CRR000662-D1
Honorable David Peeples, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

The Court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court